David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Shawn Eldridge (SBN 276581)
EldridgeS@cmtlaw.com
Alex Wade (SBN 304022)
WadeA@cmtlaw.com
Carlson & Messer LLP
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
JENNINGS, LINDSAY & LUCKMAN, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS FRANCO<br><br>    Plaintiff,<br><br>vs.<br><br>JENNINGS, LINDSAY & LUCKMAN, LLC DBA JENNINGS LAW FIRM<br><br><br>    Defendant. | CASE NO.:<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant JENNINGS, LINDSAY & LUCKMAN, LLC, erroneously sued and served as JENNINGS, LINDSAY, & LUCKMAN, LLC DBA JENNINGS LAW FIRM ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

1. On August 18, 2016, Plaintiff NICHOLAS FRANCO ("Plaintiffs") filed civil actions in the Los Angeles County Superior Court, entitled *Nicholas Franco v. Jennings, Lindsay & Luckman, LLC d/b/a/ Jennings Law Firm* Case No. CIVDS1611387. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

2. Plaintiff's Complaint was served on Defendant by regular mail on August 26, 2016.

3. Therefore this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) within the 30-day removal period.

4. There are no other Defendants named in Plaintiff's Complaint.

5. This action involves a federal question in that it arises under the Fair Debt Collection Practices Act (15 U.S.C. § 1692, et seq.). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). In this regard, Plaintiff alleges in the Complaint that Defendant engaged harassing debt collection activities; these behaviors are governed by Fair Debt Collection Practices Act. (See Exhibit A.)

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Plaintiff's Complaint includes a demand for a jury trial.

8. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

CARLSON & MESSER, LLP

DATED: September 23, 2016

By: /s/ Shawn Eldridge
David J. Kaminski
Shawn Eldridge
Alex Wade
Attorneys for Defendant,
JENNINGS, LINDSAY,
LUCKMAN, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2016, a true and accurate copy of the foregoing NOTICE OF REMOVAL was served via mail and email on the following person:

Todd M. Friedman
Adrian R. Bacon
**LAW OFFICES OF TODD M. FRIEDMAN, PC**
21550 Oxnard St.,
Suite 780
Woodland Hills, CA 91367
Tel: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

**CARLSON & MESSER LLP**

/s/ Shawn Eldridge
Shawn Eldridge