David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Shawn Eldridge (SBN 276581)
EldridgeS@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
JENNINGS LAW FIRM
erroneously sued and served as
JENNINGS, LINDSAY & LUCKMAN, LLC
DBA JENNINGS LAW FIRM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS FRANCO<br><br>         Plaintiff,<br><br>   vs.<br><br>JENNINGS, LINDSAY &<br>LUCKMAN, LLC DBA JENNINGS<br>LAW FIRM<br><br><br>         Defendant. | Case No. 5:16-cv-02031-DSF-KK<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff NICHOLAS FRANCO

("Plaintiff") and Defendant JENNINGS LAW FIRM erroneously sued and served

as JENNINGS, LINDSAY AND LUCKMAN, LLC DBA JENNINGS LAW

FIRM ("Defendant") have reached a settlement. The parties anticipate filing a joint

motion dismissing the entire case with prejudice within 60 days.

{00056648;1}

1

Because Plaintiff has reached a settlement with Defendant in this case, Defendant respectfully requests that all pleadings and filing requirements applicable to this case, as well as any scheduled hearings.

**CARLSON & MESSER LLP**

Dated:  November 1, 2016            By:/s/Shawn Eldridge
                                          David J. Kaminski
                                          Shawn Eldridge
                                          Attorneys for Defendant,
                                          JENNINGS LAW FIRM
                                          erroneously sued and served as
                                          JENNINGS, LINDSAY & LUCKMAN,
                                          LLC DBA JENNINGS LAW FIRM

{00056648;1}

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2016, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was served via the District Court ECF on the Following:

Adrian Robert Bacon
Todd M Friedman
Law Offices of Todd Friedman PC
21550 Oxnard Street Suite 780
Woodland Hills, CA 91367
Tel: 877-206-4741
Fax: 866-633-0228
Email: abacon@toddflaw.com
       tfriedman@toddflaw.com

CARLSON & MESSER, LLP

Dated: November 1, 2016    By: /s/ Shawn Eldridge
                    David J. Kaminski
                    Shawn Eldridge
                    Attorneys for Defendant
                    JENNINGS LAW FIRM
                    erroneously sued and served as
                    JENNINGS, LINDSAY AND LUCKMAN,
                    LLC DBA JENNINGS LAW FIRM

{00056648;1}

3